FELICELLO

Michael James Maloney*
Partner

Felicello Law P.C.
366 Madison Avenue Fl3
New York, NY 10017
Tel. +1 (212) 584-7806
Direct +1 (646) 564-3510
mmaloney@felicellolaw.com

July 23, 2026

VIA ECF

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

Re: *United States of America v. $8,388,824.85 in United States Currency Formerly on Deposit in Clear Street LLC Account Number 11517, held in the name of Imperial Vision Fund SPC Series 1 SP, and all funds traceable thereto, et al.*,
Case No. 26-cv-05545-MMG

Dear Judge Garnett:

We have been retained by Imperial Vision Fund SPC Series 1 SP (the "Fund") in connection with the above referenced civil forfeiture action pursuant to 18 U.S.C. § 981(a)(1)(A) & (C). We write pursuant to Rule I.B.5 of Your Honor's Individual Rules to request: (1) an extension of time from August 11, 2026 to August 31, 2026 for the Fund or any person who may claim by and through the Fund to file a claim for the property that is the subject of this matter; (2) an extension of time to respond to the Complaint; and (3) an adjournment of the Initial Pretrial Conference currently scheduled for September 2, 2026 at 9:30 a.m.

The reason for this request is that counsel for the Fund are scheduled to commence trial before the Hon. Edgardo Ramos in another matter beginning on July 27, 2026 and the trial is expected to continue to at least July 31, 2026. Counsel for the Fund were retained for this matter on July 14, 2025 and, according to the government's notice letter dated July 7, 2026, the current deadline to file a claim is August 11, 2026.[1] Given the upcoming trial, counsel requires and respectfully requests additional time to collect and review records from the Fund and prepare a claim.

The Fund respectfully requests a short extension of the time to file a claim to August 31, 2026. This request reflects an extension of only 20 days. Because the time to respond to a civil forfeiture complaint is ordinarily tied to the claim date, the Fund also respectfully requests that the time to respond to the Complaint be extended from September 1, 2026 to September 21, 2026.

Finally, given that the initial pretrial conference is currently noticed for September 2, 2026 at 9:30 a.m. (ECF No. 5), the Fund respectfully requests that the initial pretrial conference be

[1] Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, claims to property seized under 18 U.S.C. § 981 are due 35 days from the date of the government's notice letter and responses to the complaint are due 21 days from the notice date.

adjourned to a date in October that is convenient for the Court. If convenient for the Court, counsel for the Fund are available on October 5 or 6.

The Fund requests that the extensions requested herein be without prejudice and that all defenses and rights the Fund and any claimant has or may have are preserved and not waived.

This is the first request for an extension. Counsel for the government, Alexander Li, consents to this request.

Sincerely,

/s/ Michael James Maloney

Michael James Maloney

cc:

Rosanne E. Felicello
*Co-counsel for the Fund*
(by email: rosanne@felicellolaw.com)

Michael Pérez
*Co-counsel for the Fund*
(by email: perez@pvflaw.com)

Alexander Li
*Counsel for Plaintiff the United States of America*
(by ECF)