EXHIBIT 4

wb.group

WB Corporate Services (Cayman) Ltd.
PO Box 2775
71 Fort Street, 3rd Floor
Grand Cayman, KY1-1111,
Cayman Islands

# CERTIFICATE OF INCUMBENCY

Imperial Vision Fund SPC

(the "**Company**")

We, WB Corporate Services (Cayman) Ltd., of P.O. Box 2775, 71 Fort Street, 3rd Floor, George Town, Grand Cayman, KY1-1111, Cayman Islands, being the duly appointed registered office service provider of the Company, hereby confirm the following in relation to the Company:

1. The registered office of the Company is maintained by WB Corporate Services (Cayman) Ltd., of P.O. Box 2775, 71 Fort Street, 3rd Floor, Grand Cayman, KY1-1111, Cayman Islands (the "**Registered Office**").

2. Based solely on the Certificate of Incorporation and the corporate records of the Company maintained at the Registered Office:

   a) The name of the Company is Imperial Vision Fund SPC; and
   b) The Company is an exempted segregated portfolio company, incorporated in the Cayman Islands on 04 November 2020 with registration number 368024.

3. Based solely on the Certificate of Good Standing dated 18 March 2026 the Company is in good standing in the Cayman Islands with the Registrar of Companies.

4. Based solely on the Register of Directors and Officers of the Company maintained at the Registered Office, the Register of Directors and Officers states that the current directors of the Company are as follows:

| Name | Position | Appointment Date |
|---|---|---|
| FONG Chung Yin Wilson | Director | 04-Nov-2020 |
| LAM Sze Chun | Director | 02-Feb-2024 |

5. Based solely on the [Memorandum and Articles of Association] of the Company maintained at the Registered Office, the authorized share capital of the Company is US$50,000 divided into 100 Management Shares with a par value of US$0.01 and 4,999,900 Participating Shares with a par value of US$0.01 each.

6. Based solely on the Register of Members of the Company maintained at the Registered Office, the Register of Members of the Company states that the shareholder of the Company is as follows:

| Name | Share Class and number of shares held |
|---|---|
| COSMIC PERFORMANCE ENTERPRISES LIMITED | 100 Management Shares |

7. Based solely on an inspection of the Register of Mortgages and Charges of the Company maintained at the Registered Office, there is no evidence of any existing mortgages, charges and other encumbrances.

wb.group

WB Corporate Services (Cayman) Ltd.
PO Box 2775
71 Fort Street, 3rd Floor
Grand Cayman, KY1-1111,
Cayman Islands

For and on behalf of WB Corporate Services (Cayman) Ltd.

Paul Laidlaw
Authorised Signatory
Dated: 23 March, 2026

