AYASA Globo Cayman

EXHIBIT 5

Registration Number: **368024**
Client Reference: **E01220**
Date of Incorporation: **4 Nov 2020**

# REGISTER OF MEMBERS

## Imperial Vision Fund SPC

Share Class: **Management**
Authorised Shares: **100**
Nominal Value: **USD 0.01**
Voting Rights: **Voting \ Non-conditional**

**Share Capital**

| Class | Currency | Capital | Number of Shares Authorized | Nominal Value per Share | Number of Shares Issued |
|---|---|---|---|---|---|
| Management | USD | 1.00 | 100 | 0.01 | 100.0 |
| Participating Shares | USD | 49,999.00 | 4,999,900 | 0.01 | 0.0 |

| Member Name & Address | Date Entered as a Member | Transaction Type | Number of Shares | Notes | Cert # | % Paid | Total Share Holding | Date Ceased to be a Member |
|---|---|---|---|---|---|---|---|---|
| **FG Services Limited** Suite 2206, Cassia Court 72 Market Street, Camana Bay, P.O. Box 32302, Grand Cayman, KY1-1204, Cayman Islands | 4 Nov 2020 | Issue | 1.0 | 4 Nov 2020 : Issuance of 1.0 Management share(s) for USD0.01 / share to FG Services Limited. | Nil | 100 | | |
| | | Transfer | -1.0 | 26 Nov 2020 : Transfer of 1.0 Management share(s) from FG Services Limited to VIVA DELIGHT LIMITED. | Nil | 100 | | |
| | | | | | | | 0.0 | 26 Nov 2020 |
| **VIVA DELIGHT LIMITED** Vistra Corporate Services Centre, Wickhams Cay II Road Town VG1110 | 26 Nov 2020 | Transfer | 1.0 | 26 Nov 2020 : Transfer of 1.0 Management share(s) from FG Services Limited to VIVA DELIGHT LIMITED. | Nil | 100 | | |



Date printed: 20 November 2024

AYASA Globo Cayman

Registration Number: 368024
Client Reference: E01220
Date of Incorporation: 4 Nov 2020

# REGISTER OF MEMBERS

## Imperial Vision Fund SPC

| Member Name & Address | Date Entered as a Member | Transaction Type | Number of Shares | Notes | Cert # | % Paid | Total Share Holding | Date Ceased to be a Member |
|---|---|---|---|---|---|---|---|---|
| Tortola<br>British Virgin Islands | | Issue | 99.0 | 26 Nov 2020 : Issuance of 99.0 Management share(s) for USD0.01 / share to VIVA DELIGHT LIMITED. | Nil | 100 | | |
| | | Transfer | -100.0 | 1 Nov 2024 : Transfer of 100.0 Management share(s) from VIVA DELIGHT LIMITED to COSMIC PERFORMANCE ENTERPRISES LIMITED. | Nil | 100 | | |
| | | | | | | | 0.0 | 1 Nov 2024 |
| **COSMIC PERFORMANCE ENTERPRISES LIMITED**<br>OMC Chambers,<br>Wickhams Cay 1, Road Town<br>Tortola<br>British Virgin Islands | 1 Nov 2024 | Transfer | 100.0 | 1 Nov 2024 : Transfer of 100.0 Management share(s) from VIVA DELIGHT LIMITED to COSMIC PERFORMANCE ENTERPRISES LIMITED. | Nil | 100 | | |
| | | | | | | | 100.0 | |



Date printed: 20 November 2024