**EXHIBIT 21**

| | |
|---|---|
| **From:** | frances.seto <frances.seto@trendicint.com> |
| **Sent:** | Monday, March 23, 2026 6:15 AM |
| **To:** | Wilson; Leo |
| **Cc:** | Adrian Lee; zita.lai |
| **Subject:** | Re:Ready to Subscribe – Shares and Warrants (F-1 Effective 3/19/26) |
| **Attachments:** | SECURITIES PURCHASE AGREEMENT Exhibit 1.1 template.docx; CLASS A ORDINARY SHARE PURCHASE WARRANT Exhibit 4.3 template.docx |

You don't often get email from frances.seto@trendicint.com. Learn why this is important

Hi Imperial Fund,

The attached files are the documents for your processing. And the below is the bank account details:

Bank: DBS Bank (Hong Kong) Limited
Swift Code: DHBKHKHH
Bank code: 016
Account name: Trendic International Limited
Account: 002126967 (USD)

Thank you so much

Best Regards,
**Frances Seto**
**CEO** of the Companies

Trendic International Limited
Mountain Top Management Limited
Exit Operations Limited
Earthling Apparel Limited

---------------- Original ----------------
**From:** "Wilson"<wilson_fong1234@yahoo.com>;
**Date:** Mon, Mar 23, 2026 06:12 PM
**To:** "Frances Seto"<frances.seto@trendicint.com>; "leo"<leo@romagroup.com>;
**Subject:** Ready to Subscribe – Shares and Warrants (F-1 Effective 3/19/26)

Dear Dreamland Limited,

We are ready to proceed with our subscription for shares and warrants in connection with your effective F-1 dated March 19, 2026.

Please provide the subscription agreements and the bank account details for wiring the subscription amount and warrant conversion funds.

Thank you for your assistance.
Imperial Fund