UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALL CASH AND CERTAIN SECURITIES CONTAINED IN CLEAR STREET LLC ACCOUNT NUMBER 115157, HELD IN THE NAME OF IMPERIAL VISION FUND SPC – SERIES 1 SP, AND ALL FUNDS TRACEABLE THERETO,

Defendant-in-rem.

**26 MAG 2334**

**WARRANT OF SEIZURE**
**PURSUANT TO 18 U.S.C. § 981**

TO: Clear Street LLC ("Clear Street")

An affidavit having been made before me by Heather Stachnik, a Special Agent with the Federal Bureau of Investigation ("FBI"), that she has reason to believe that the above-captioned property is subject to seizure and civil forfeiture pursuant to 18 U.S.C. § 981(a) and (b), and as I am satisfied that there is probable cause to believe that the property so described is subject to seizure and civil forfeiture;

YOU ARE HEREBY COMMANDED AND AUTHORIZED to (1) seize all cash and the securities specified below, contained in Clear Street account number 115157, held in the name of Imperial Vision Fund SPC – Series 1 SP (collectively, the "Subject Assets"):

| **Security** | **Ticker** | **Quantity** | **Approximate Value (as of June 8, 2026)** |
|---|---|---|---|
| Vanguard Total World Stock Index ETF | VT | 500 | $77,511 |
| Oracle Corp. | ORCL | 500 | $106,173 |
| Microsoft Corp. | MSFT | 500 | $205,613 |
| Alphabet Inc. | GOOGL | 500 | $181,895 |

| **Security** | **Ticker** | **Quantity** | **Approximate Value (as of June 8, 2026)** |
|---|---|---|---|
| NEOS Nasdaq-100 High Income ETF | QQQI | 1,000 | $55,834 |
| Dreamland Ltd. | TDIC | 3,090 | $1,341 |
| SPDR Gold Shares | GLD | 500 | $198,343 |

and (2) to provide the Subject Assets to the FBI or the United States Marshals Service ("USMS") in a reasonably practicable manner and in accordance with instructions provided by the FBI or USMS. Clear Street shall provide reasonable assistance in implementing the terms of this seizure warrant and take no unreasonable action to frustrate the implementation of it.

Dated: New York, New York

6/15/2026
Date Issued

12:05pm
Time Issued

HONORABLE SARAH L. CAVE
United States Magistrate Judge
Southern District of New York